**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-91-01392-CR

**ALFRED LEE STONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-42452-T**

## ORDER

The Court **DENIES** appellant's January 8, 2015 pro se motion to withdraw the mandate that issued on May 27, 1994.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE